## UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

April 19, 2006

# NOTICE OF REASSIGNMENT

Re:     USA v. Larry B. Golson, et al.
        Civil Action No. #2:06-cv-00331-VPM

The above-styled case has been reassigned to Judge Myron H. Thompson.

Please note that the case number is now #2:06-cv-00331-MHT. This new case number should be used on all future correspondence and pleadings in this action.