DOCUMENTS #6 & #7

STRIKEN FROM THE RECORD

PURSUANT TO ORDER ENTERED

7/27/06

Case 2:06-cv-00331-MHT-VPM    Document 6-2    Filed 05/30/2006    Page 1 of 1