DOCUMENTS #6 & #7

STRIKEN FROM THE RECORD

PURSUANT TO ORDER ENTERED

7/27/06