# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN, DIVISION
Montgomery, Alabama

HON. Vanzetta Penn McPherson

DATE COMMENCED: 7/12/06    DIGITAL RECORDING: 10:00 - 10:09

DATE COMPLETED: 7/12/06

USA                            *

vs                             *      2:06cv331-MHT

LARRY B. GOLSON

DEBRA G. GOLSON               *

---

| PLAINTIFF | APPEARANCES: | DEFENDANT |
|---|---|---|
| James Tanceill Lyons (by telephone) | * | Pro Se |

## COURT OFFICIALS PRESENT:

Wanda A. Robinson, Courtroom Deputy

---

## PROCEEDINGS:

( ) JURY TRIAL
(x) OTHER PROCEEDINGS:   Scheduling Conference

| Description | 2:06cv331-MHT: USA vs. Larry B. Golson, et al: Scheduling Conference | |
|---|---|---|
| Date | 7/12/2006 | Location |
| Time | Speaker | Note |
| 10:00:10 AM | Court | Convenes |
| 10:01:47 AM | Court | Answer deadline discussed |
| 10:02:26 AM | Parties | Settlement has been discussed; Stipulated Judgment to be entered; Payment should be paid within 30 days; |
| 10:04:11 AM | Court | Answer should be filed for the record by 7/19/06; Court to issue an order which will stipulate payment by 8/16/06; (Certified Check including Mr. Golson's SS#); Stipulation of Dismissal to be filed by 8/30/06; Court will reconvene if Stipulation of Dismissal is not filed for the scheduling of the case. |
| 10:08:31 AM | Court | Gives directives as to future filings |