IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:06CV331-MHT |
| | ) | |
| LARRY B. GOLSON and DEBRA G. GOLSON, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Pursuant to Rule 16 of the FED. R. CIV. PRO., the court conducted a scheduling conference on 12 January 2006. The defendants, Larry and Debra Golson ["the Golsons"] appeared in person, and the government's counsel, whose principal offices are in Washington, DC, appeared by telephone. In lieu of establishing pretrial deadlines, and because the parties reported that they had settled the government's claims, the court instead advised the parties of the interim deadlines for satisfying the prerequisites for dismissal. This order memorializes those deadlines. Accordingly, it is ORDERED as follows:

1. On or before 17 July 2006, the government's counsel shall communicate to the Golsons in writing the full amount acceptable to the government as full payment of the judgment it seeks ["the tax indebtedness"].[1]

2. On or before 19 July 2006, the Golsons shall file their Answer to the

---

[1] The amount requested in the complaint, filed on 11 April 2006, was $69,760.85, but the court and the Golsons understand that this amount is enhanced by interest that has accrued in the meantime.

complaint. Based upon their representations, the court expects the Answer to acknowledge responsibility for their tax indebtedness to the government. The full amount should be specifically stated in the Answer.

3. On or before 16 August 2006, the Golsons shall tender to government's counsel a certified check in an amount equal to their tax indebtedness.

4. On or before 30 August 2006, the parties shall file their Joint Stipulation for Dismissal which shall provide, *inter alia*, that the judgment sought by the government has been satisfied. All of the parties shall execute the Joint Stipulation.

DONE this 13th day of July, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE