UNITED STATES DISTRICT COURT

Middle District of Alabama

UNITED STATES OF AMERICA         Civial Action No. 2:06cv331-VPM

Plaintiff,

v.

Larry B. Golson and Debra G Golson,

Respondents.

_____

NOTICE OF SETTLEMENT

We, Larry B. and Debra G Golson, a natural man and woman of common intelligence without the assistance of counsel state the following:

We have agreed in principle to a settlement with plaintiff's representative. The specific amount of which is not available as of Friday July 14th.

In the interest of good faith, good will and understanding we request a Bill of Particulars regarding authority, jurisdiction, etc.. We simply do not understand the nature and cause with regard to personal jurisdiction, venue, and the nature of the action.

We pray to the GOD of creation this will be found acceptable to all parties where previous communications were not.

Larry B. Golson and Debra G. Golson

_____   _____
Larry B. Golson             Debra G. Golson

To the best of our knowledge and ability under the laws of the United States of America

All Rights Reserved Without Prejudice

## CERTIFICATE OF SERVICE

It is hereby certified that on this date service of the foregoing has been made by depositing copies thereof in the United States mail, by first class postage prepaid, to the following:

Jim Lyons
US DOJ
Tax Division
CTS South Region
Washington, DC 20530

_____
Larry B. Golson