IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:06CV331-MHT |
| | ) | |
| LARRY B. GOLSON and DEBRA G. GOLSON, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

After the parties advised the court that they had settled the dispute in this case, the court entered an order on 13 July 2006, directing, *inter alia*, the defendants to file their answer to the complaint by 19 July 2006 (Doc. # 12). The defendants have not done so. On 21 July 2006, the defendants filed a Notice of Settlement (Doc. # 13), but that document does not respond to the allegations in the complaint.

The defendants are ADVISED that the court does not regard the documents filed on 30 May 2006 and denominated as "Answer" as Answers to the complaint, and in that connection, the court DIRECTS the Clerk of the court to STRIKE documents 6 and 7 from the record and place hard copies of those letters on the left side of the hard copy file in this case. Based on the foregoing, it is

ORDERED that, on or before 2 August 2006, the defendants, LARRY B. GOLSON and DEBRA G. GOLSON, shall file their Answer to the complaint. The defendants are WARNED that their failure to file their Answer as directed in this order will lead to sanctions

for non-compliance with this court order.[1]

DONE this 27th day of July, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE

---

[1] The Golsons are also directed to file a pleading, with the case style and case number. The pleading should not take the form of a letter addressed to the Clerk of the court, and it should be limited to the Golsons' response to the government's allegations in the complaint, i.e., either an admission to each allegation or a denial of the allegation. In that connection, the paragraphs in the Answer shall be numbered similarly to the paragraphs in the complaint to enable the court to determine the defendants' specific responses. The defendants shall refrain from giving any explanations beyond that needed for their responses.