UNITED STATES DISTRICT COURT

Middle District of Alabama

RECEIVED

2006 AUG -1  A 10: 16

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

UNITED STATES OF AMERICA            Civil Action No. 2:06cv331-VPM

Plaintiff,

v.

Larry B. Golson and Debra G Golson,

Defendants.
_____

## ANSWER

We, Larry B. and Debra G Golson, a natural man and woman of common intelligence without the assistance of counsel in response to plaintiff's complaint hereby state the following:

1. Admit receipt of refund. Believed it to be the return of a deposit toward potential tax liability. Deny intent to misrepresent and make fraudulent statements on 1040. Statements were to best of knowledge and belief as stated on form 1040 which says "**_to the best of my knowledge and belief_**". Sincere study of Constitution and law as well as many other government documents provided by the National Archives, Government Printing Office, Congressional Record, supreme Court, Department of the Treasury, etc. led to that understanding. A small sample of these documents is introduced as **Exhibit A** Senate Document No 98 61st Congress, 1st Session; **Exhibit B** THE CONSTITUTION of the UNITED STATES OF AMERICA ANALYSIS AND INTERPRETATION ANNOTATIONS OF CASES DECIDED BY THE SUPREME COURT OF THE UNITED STATES TO JUNE 29, 1992 Prepared by the Congressional Research Service Library of Congress SIXTEENTH AMENDMENT INCOME TAX; and **Exhibit C** Internal Revenue Manual Automated Substitute for Return (ASFR) Program in support thereof.
2. Neither admit or deny for lack of knowledge.
3. Neither admit or deny for lack of knowledge.
4. Admit live in Montgomery, Alabama.
5. Neither admit or deny for lack of knowledge.

6. Admit based on my knowledge and belief.

7. Admit filing self prepared return. Deny intent to implement fraudulent scheme. Deny making false statements as explained in 1.

8. Neither admit or deny. Doesn't appear to require response.

9. Admit did not attach form W-2 and to submitting form 4852. Deny false intention. Admit to attaching form 4852 as that was best understanding according to the Internal Revenue Service http://www.irs.gov/pub/irs-pdf/f4852.pdf which states the purpose of form 4852 is "Form 4852 serves as a substitute for form W-2...Attach this form to your income tax return."

10. Admit statement on form is from Hendrickson's materials but deny statements were intentionally false or fraudulent.

11. Admit Treasury Department issued refund. Deny any intent of false or fraudulent misrepresentations as described in 1.

12. Deny intent to obtain refund by fraud and misrepresentation. See 1.

13. Admit receipt of refund but deny intent to misrepresent as previously stated.

14. Payment in the amount of $77,988.57 as provided by IRS was made to Plaintiff's representative and delivered July 18th to settle all liability owed.


We were following our best knowledge and belief. There was no misrepresentation, fraud or false representations intended. Misunderstandings occur when there is so much confusing and conflicting information. Enormous amounts of material were reviewed to reach our understanding and it was done in good faith. Payment submitted to Plaintiff's representative is intended to correct all errors.


Wherefore we pray that the court will accept this answer and this action can be dismissed.

Larry B. Golson and Debra G. Golson

_____    _____
Larry B. Golson                         Debra G. Golson

To the best of our knowledge and ability under the laws of the United States of America

All Rights Reserved Without Prejudice

## CERTIFICATE OF SERVICE

It is hereby certified that on this date July 28, 2006 service of the foregoing has been made by depositing copies thereof in the United States mail, by first class postage prepaid, to the following:

Jim Lyons
US DOJ
P.O. Box 14198
Washington, DC 20044

Larry B. Golson