IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 2:06cv00331-MHT-VPM |
| LARRY B. GOLSON and DEBRA G. GOLSON, | ) ) ) ) |
| Defendants. | ) ) |

**UNOPPOSED MOTION TO FILE OUT OF TIME**

The United States of America, by and through undersigned counsel, hereby moves to file the Joint Stipulation for Dismissal out of time. Pursuant to the Court's July 13, 2006 Order, the parties were instructed to file the Joint Stipulation for Dismissal by August 30, 2006. Counsel for the United States mailed the Joint Stipulation for Dismissal to Larry Golson and Debra Golson for them to sign and return so that counsel for the United States could file the Joint Stipulation for Dismissal by August 30, 2006. However, Larry Golson informed counsel for the United States that he was traveling on business and the earliest that counsel for the United States would receive the signed Joint Stipulation for Dismissal from Larry Golson and Debra Golson would be September 2, 2006.

    Therefore, the United States moves that it be allowed until September 6, 2006 to file the Joint Stipulation for Dismissal.

                                      LEURA GARRETT CANARY
                                      United States Attorney

                                      /s/ James T. Lyons
                                      James T. Lyons
                                      Trial Attorney, Tax Division
                                      U.S. Department of Justice
                                      P.O. Box 14198
                                      Ben Franklin Station
                                      Washington, D.C.  20044
                                      Telephone:  (202) 514-5880
                                      james.t.lyons@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that service of the foregoing has been made August 29, 2006 by depositing a copy in the United States mail, by first class postage prepaid, addressed to the following:

>Larry B. Golson
>7736 Deer Trail Road
>Montgomery, AL  36117
>
>Debra G. Golson
>7736 Deer Trail Road
>Montgomery, AL  36117


>/s/ James T. Lyons
>James T. Lyons