IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06CV331-MHT |
| ) | [WO] |
| LARRY B. GOLSON and DEBRA ) | |
| G. GOLSON, ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

Upon consideration of the government's Unopposed Motion to File Out of Time, filed on 29 August 2006 (Doc. # 16), it is

ORDERED that the motion is GRANTED. Accordingly, it is further

ORDERED that the parties shall file their Joint Stipulation For Dismissal on or before 8 September 2006.

DONE this 30th day of August, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE