IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 2:06cv00331-MHT-VPM |
| ) | |
| LARRY B. GOLSON and ) | |
| DEBRA G. GOLSON, ) | |
| ) | |
| Defendants. ) | |

## JOINT STIPULATION FOR DISMISSAL

After the United States filed the complaint in this case, defendants Larry B. Golson and Debra G. Golson paid back to the United States the full amount of the $69,760.85 erroneous 2003 federal income tax refund they received, and also paid the United States interest on the erroneous refund as required by law.

Accordingly, the parties stipulate that the complaint is dismissed with prejudice, the parties to bear their respective costs, including any possible attorneys' fees or other expenses of this litigation.

LEURA GARRETT CANARY
United States Attorney

By: _____
James T. Lyons
Trial Attorney, Tax Division
U.S. Department of Justice

Attorney for Plaintiff

_____
Larry B. Golson
Defendant

_____
Debra G. Golson
Defendant

## CERTIFICATE OF SERVICE

I hereby certify that service of the foregoing has been made September 1, 2006 by depositing a copy in the United States mail, by first class postage prepaid, addressed to the following:

>Larry B. Golson
>7736 Deer Trail Road
>Montgomery, AL  36117
>
>Debra G. Golson
>7736 Deer Trail Road
>Montgomery, AL  36117

_____
James T. Lyons