IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:06cv331-MHT |
| | ) | (WO) |
| LARRY B. GOLSON and | ) | |
| DEBRA G. GOLSON, | ) | |
| | ) | |
| Defendants. | ) | |

### JUDGMENT

Pursuant to the joint stipulation for dismissal (doc. no. 18), it is the ORDER, JUDGMENT, and DECREE of the court that this cause is dismissed in its entirety with prejudice, with the parties to bear their own costs, including any possible attorneys' fees or other expenses of this litigation.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 11th day of September, 2006.

                                       /s/ Myron H. Thompson
                             UNITED STATES DISTRICT JUDGE